## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| THOMAS G. BRENNAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action 11-00418-CB-N |
| | ) | |
| DAVID WISE, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 28, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Thomas G. Brennan's petition for habeas corpus relief under 28 U.S.C. § 2254 (Docs. 1, 2, 12) is **DENIED**, that this action is **DISMISSED with prejudice**, and that Petitioner is not entitled to a certificate of appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 29th day of __September__ 2014.


/s/*Charles R. Butler, Jr.* _____

**CHARLES R. BUTLER, JR.**
**SENIOR UNITED STATES DISTRICT**
**JUDGE**