IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **THOMAS G. BRENNAN,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action 11-00418-CB-N |
| | ) | |
| **DAVID WISE,** | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 28, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Thomas G. Brennan's petition for habeas corpus relief under 28 U.S.C. § 2254 (Docs. 1, 2, 12) is **DENIED**, that this action is **DISMISSED with prejudice**, and that Petitioner is not entitled to a certificate of appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 13th day of July, 2014.

/s/*Charles R. Butler, Jr.*
**CHARLES R. BUTLER, JR.**
**SENIOR UNITED STATES DISTRICT JUDGE**